CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 30 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK ADAM SYME, | ) |
| Plaintiff, | ) Case No. 7:11CV00070 |
| v. | ) |
| | ) **FINAL ORDER** |
| NORTH REGIONAL ADULT DETENTION CENTER, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 41(b), and this action is stricken from the active docket of the court.

ENTER: This 30th day of March, 2011.

/s/ Glen E. Conrad
Chief United States District Judge